1  William E. Thomson, Jr. (State Bar #47195)
   wthomson@brookskushman.com
2  **BROOKS KUSHMAN P.C.**
   6701 Center Drive, Suite 610
3  Los Angeles, CA 90045
   Tel: (310) 348-8200; Fax: (310) 846-4799
4
   *Of Counsel:*
5  Marc Lorelli *(Pro Hac Vice Anticipated)*
   mlorelli@brookskushman.com
6  Robert C.J. Tuttle *(Pro Hac Vice Anticipated)*
   ruttle@brookskushman.com
7  **BROOKS KUSHMAN P.C.**
   1000 Town Center Drive, Twenty-Second Floor
8  Southfield, MI 48075-1238
   Tel: (248) 358-4400; Fax: (248) 358-3351
9
   *Attorneys for Plaintiff SPX Corporation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SPX CORPORATION,<br>a Delaware Corporation,<br><br>Plaintiff<br><br>vs.<br><br>ATEQ CORPORATION<br>a Michigan corporation,<br><br>Defendant. | Civil Action Case No. SACV11-01324 DOC (RNBx)<br><br>DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7.1-1, Plaintiff SPX Corporation certifies that the following listed parties may have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff SPX Corporation.
2. Defendant ATEQ Corporation
3. At the time of this filing, Plaintiff has not yet determined whether there is any applicable insurance coverage that may satisfy some or all of any judgment that may be entered in this action or the cost of the defense of this action.

Dated: August 31, 2011

Respectfully submitted,

By: /s/ William E. Thomson, Jr.
William E. Thomson, Jr. (State Bar #47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200;
Fax: (310) 846-4799

Marc Lorelli – *Pro Hac Vice Anticipated*
Robert C.J. Tuttle-*Pro Hac Vice Anticipated*
mlorelli@brookskushman.com
jtuttle@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-3351; Fax: (248) 358-3351

*Attorneys for Plaintiff*