William E. Thomson, Jr. (State Bar #47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200; Fax: (310) 846-4799

*Of Counsel:*
Marc Lorelli *(Pro Hac Vice Anticipated)*
mlorelli@brookskushman.com
Robert C.J. Tuttle *(Pro Hac Vice Anticipated)*
ruttle@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center Drive, Twenty-Second Floor
Southfield, MI 48075-1238
Tel: (248) 358-4400; Fax: (248) 358-3351

*Attorneys for Plaintiff SPX Corporation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
| **SPX CORPORATION,**<br>a Delaware Corporation,<br><br>Plaintiff<br><br>vs.<br><br>**ATEQ CORPORATION**<br>a Michigan corporation,<br><br>Defendant. | SACV11-01324 DOC (RNBx)<br><br>**Civil Action**<br>**Case No.**<br><br>**PLAINTIFF'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff SPX Corporation hereby reports that it has no parent corporation, and that no publicly traded corporation owns more than 10% of its stock.

Dated: August 31, 2011

Respectfully submitted,

By: /s/ William E. Thomson
William E. Thomson, Jr. (State Bar #47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200;
Fax: (310) 846-4799

Marc Lorelli – *Pro Hac Vice Anticipated*
Robert C.J. Tuttle-*Pro Hac Vice Anticipated*
mlorelli@brookskushman.com
jtuttle@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-3351; Fax: (248) 358-3351

*Attorneys for Plaintiff*

Plaintiff's Disclosure Pursuant to
Federal Rule of Civil Procedure 7.1
Case No.

1